IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

EDWARD VERHOVEC,

                Plaintiff,      :      Case No. 3:14-cv-363

                                                  District Judge Walter Herbert Rice
- vs -                                   Magistrate Judge Michael R. Merz

CITY OF TROTWOOD, OHIO, et al.,

                Defendants.    :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

      The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 51), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on March 12, 2015, hereby ADOPTS said Report and Recommendations.

      It is therefore ORDERED that Motion of Defendants City of Trotwood and Michael J. Lucking and Putative Counterclaim Defendants Stephen McHugh and Amelia Blankenship to Dismiss the Counterclaim of William E. Walker, Jr. (Doc. No. 35) be, and it hereby is GRANTED and the Counterclaim of William E. Walker, Jr. (Doc. No. 31), is DISMISSED.

1

IT IS SO ORDERED.

March 31, 2015.

_____
Walter Herbert Rice
United States District Judge