# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

EDWARD VERHOVEC, :

           Plaintiff(s), :     Case No. 3:14-cv-363

vs. :

CITY OF TROTWOOD, et. al,. :

           Defendant(s). :

## ORDER OF DISMISSAL: TERMINATION ENTRY

Pursuant to settlement and all matters in this case having been resolved between the parties the above caption cause, is hereby **DISMISSED,** with prejudice.

**IT IS SO ORDERED.**

_____
WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

All Counsel of Record